## Commonwealth *v.* Hines, Appellant.

Submitted March 19, 1975. *Bruce W. Miller,* and *Silver, Miller & Silver,* for appellant; *Jonathan D. Schiffman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.